# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLYDE J. FREED,<br><br>Defendant. | PO-25-5050-GF-JTJ<br>VIOLATION:<br>6531087<br>Location Code: M23F<br><br>ORDER |

Based upon the United States' motion to dismiss violation 6531087 and for good cause shown,

**IT IS ORDERED** that violation 6531087 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for March 6, 2025, is **VACATED.**

DATED this 4th day of March, 2025.

_____
John Johnston
United States Magistrate Judge